1 NICK MILETAK – IN PRO PER
14745 Conway Avenue
2 San Jose, CA 95124
Telephone: (408) 369-9696
3
H. Paul Efstratis (State Bar No. 242373)
4 LeClairRyan, LLP
44 Montgomery Street, Suite 3100
5 San Francisco, CA  94104
Telephone:  (415) 391-7811
6 Facsimile:  (415) 391-8766
paul.efstratis@leclairryan.com
7
Attorneys for Defendant
8 STERLING INFOSYSTEMS, INC.

9

APPROVED

*Beth Labson Freeman*

Judge Beth Labson Freeman

10                     UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12 NICK MILETAK,                              Case No.  15-cv-04181-BLF

13                Plaintiff,                  **STIPULATED ~~PROPOSED~~ SCHEDULE
                                             FOR ADDITIONAL DEADLINES**
14        v.
                                             Trial Date: May 14, 2018
15 STERLING INFOSYSTEMS, INC.,
                                             Complaint Filed:  September 11, 2015
16                Defendant.
                                             Before the Honorable Beth L. Freeman
17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED PROPOSED SCHEDULE FOR ADDITIONAL DEADLINES

1    Plaintiff Nick Miletak ("Plaintiff") and Defendant Sterling Infosystems, Inc. ("Defendant")

2    (collectively, the "Parties") hereby submit the following Stipulated Proposed Schedule for

3    Additional Deadlines pursuant to the Case Management Order of this Court dated March 31, 2016,

4    wherein the Parties propose the following schedule for discovery and pretrial deadlines:

5         Deadline for Plaintiff's Expert Disclosures: **June 30, 2017**

6         Deadline for Defendant's Expert Disclosures: **August 15, 2017**

7         Deadline for Completion of Fact & Expert Discovery: **November 30, 2017**

8         Last Day to Hear Dispositive Motions: **February 8, 2018 at 9 a.m.**

9

10        Deadline to Meet and Confer Regarding Final Pretrial Conference: **April 5, 2018**

11        Deadline for Filing of Joint Pretrial Statement and Order:  **April 12, 2018**

12        Deadline to File Jury Materials:  **April 19, 2018**

13        Final Pretrial Conference:  **April 26, 2018 at 1:30 p.m.**

14

15        Deadline to File Trial Briefs:  **May 7, 2018**

16        Trial:  **May 14, 2018 at 9:00 a.m.**

17
    Dated: May 31, 2016                          LECLAIR RYAN
18

19                                               By _____
20                                                  H. Paul Efstratis (State Bar No. 242373)

21                                                  Attorneys for Defendant
                                                    STERLING INFOSYSTEMS, INC.
22
    Dated: May ___, 2016
23

24                                               By ____/s/_____
25                                                  Nick Miletak – In Pro Per

26

27

28

-2-

STIPULATED PROPOSED SCHEDULE FOR ADDITIONAL DEADLINES