1  NICK MILETAK – IN PRO PER
   14745 Conway Avenue
2  San Jose, CA 95124
   Telephone: (408) 369-9696
3
   H. Paul Efstratis (State Bar No. 242373)
4  LeClairRyan, LLP
   44 Montgomery Street, Suite 3100
5  San Francisco, CA  94104
   Telephone:  (415) 391-7811
6  Facsimile:  (415) 391-8766
   paul.efstratis@leclairryan.com
7
   Attorneys for Defendant
8  STERLING INFOSYSTEMS, INC.

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12  NICK MILETAK,                         Case No.  15-cv-04181-BLF

13            Plaintiff,                  [PROPOSED] ORDER GRANTING
                                          JOINT STIPULATION OF DISMISSAL
14       v.
                                          Trial Date: May 14, 2018
15  STERLING INFOSYSTEMS, INC.,
                                          Complaint Filed:  September 11, 2015
16            Defendant.
                                          Before the Honorable Beth L. Freeman
17

18

19

20

21

22

23

24

25

26

27

28

1    The parties having so stipulated and agreed, it is hereby SO ORDERED. The above-
2 referenced case is hereby DISMISSED with prejudice.   The Clerk is directed to send copies of
3 this Order to all counsel of record.

**IT IS SO ORDERED.**

Dated:  _____                                  /s/ Beth Labson Freeman

The Honorable Beth L. Freeman
UNITED STATES DISTRICT JUDGE

-2-
STIPULATED PROPOSED SCHEDULE FOR ADDITIONAL DEADLINES